PAM BASSEL STANDING CHAPTER 13 TRUSTEE
Bar No.01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
Phone: (817) 916-4710

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:                                                                                                CASE NO.: 25-44348-MXM-13

**STERON BROWN**
**2613 PARKHURST LN**
**VENUS, TX 76084**
**SSN/TIN: XXX-XX-5891**
**AKA: STERON E BROWN**

**DEBTOR**                                                                HEARING: MARCH 19, 2026 AT 8:30 AM

**TRUSTEE'S AMENDED OBJECTION TO CONFIRMATION**

TO THE HONORABLE U.S. BANKRUPTCY JUDGE:

NOW COMES Pam Bassel Standing Chapter 13 Trustee and files this Trustee's Amended Objection to Confirmation. Trustee would respectfully show the Court:

In addition to the grounds alleged in the previous objection, which are incorporated herein by reference, the Trustee objects to confirmation for the following reason(s):

The Plan fails the disposable income test of Section 1325 (b) (1) (B) because the Plan does not propose to pay all the Debtor's disposable income for the applicable commitment period to unsecured creditors.

The Plan provides for an unsecured creditors' pool of $49,478.40. The Trustee has calculated an unsecured creditors' pool of $61,379.40 based on a monthly disposable income of $1,022.99 over a 60-month applicable commitment period, with the following add-backs:

    FORM 122C-2 LINE 12 EXCEEDS AMOUNT FOR ONE VEHICLE                      200.00

The following creditors were not listed on a Certificate of Service filed with the Plan and/or Authorization for Adequate Protection Disbursements:

    ALL NOTICE OF APPEARANCE PARTIES AND PROOF OF CLAIM MAILING ADDRESSES

WHEREFORE, Trustee prays that confirmation be DENIED and for general relief.

                                                                          Respectfully submitted,

                                         By:      /s/ Ethan S. Cartwright
                                                          Ethan S. Cartwright, Staff Attorney
                                                          Bar No. 24068273
                                                          PAM BASSEL STANDING CHAPTER 13 TRUSTEE
                                                          Bar No. 01344800
                                                          860 Airport Freeway, Ste 150
                                                          Hurst, TX 76054
                                                          (817) 916-4710 Phone

**CERTIFICATE OF SERVICE**

    I certify that a true and correct copy of the foregoing was served on or before the date of filing.  Service was accomplished electronically on Debtor's attorney and all parties entitled to electronic notice and by first class mail on the Debtor and the parties listed below, if any.

                By:    <u>/s/ Ethan S. Cartwright</u>
                        Ethan S. Cartwright

STERON BROWN
2613 PARKHURST LN
VENUS, TX 76084