Clayton L. Everett, Texas State Bar No. 24065212
NORRED LAW, PLLC | 515 E. Border Street | Arlington, Texas 76010
Phone: (817) 704-3984 | clayton@norredlaw.com
Attorney for the Debtor

# United States Bankruptcy Court
## Northern District of Texas
## Fort Worth Division

| | |
|---|---|
| In re: | Case No. 25-44348-MXM-13 |
| Steron Brown, | Chapter 13 |
| Debtor | Hearing: March 19, 2026 at 8:30 am |

**DEBTOR'S RESPONSE IN OPPOSITION TO THE
TRUSTEE'S MOTION TO DISMISS**

**TO THE HONORABLE MARK X. MULLIN, U.S. BANKRUPTCY JUDGE:**

COMES NOW, Steron Brown ("Debtor"), by and through undersigned counsel, and files this Response in Opposition to the Chapter 13 Trustee's Motion to Dismiss (the "Motion") [Dkt. 22], and in support thereof respectfully states as follows:

1. The Trustee seeks dismissal of this case, alleging that the delay in confirmation of the Debtor's Chapter 13 Plan constitutes unreasonable delay that is prejudicial to creditors under 11 U.S.C. § 1307(c).

2. While § 1307(c) permits dismissal for cause, including unreasonable delay, such relief is discretionary and should be considered in light of the Debtor's good-faith efforts toward confirmation and the totality of the circumstances. Courts generally require more than mere delay and instead look to whether the debtor has failed to prosecute the case or has acted in bad faith.

3. The Debtor acknowledges that confirmation has taken longer than anticipated; however, any delay has resulted from the Debtor's continued efforts to address issues raised by the Trustee

and to propose a feasible and confirmable plan. The Debtor has acted in good faith and has not willfully failed to comply with the Bankruptcy Code or Court directives.

4. The Debtor has continued making plan payments and has filed amended plan documents and updated calculations of disposable income in an effort to resolve outstanding confirmation issues.

5. The Debtor anticipates filing a Second Amended Chapter 13 Plan and updated Form 122C calculations contemporaneously with this Response, which are intended to address the remaining concerns and move this case toward prompt confirmation.

6. Dismissal at this time would be premature and would unnecessarily prejudice the Debtor, particularly where progress toward confirmation is ongoing and creditors are not materially prejudiced by allowing the case to proceed.

WHEREFORE, the Debtor respectfully requests that the Court deny the Trustee's Motion to Dismiss, allow the Debtor additional time to finalize confirmation, and grant such other and further relief to which the Debtor may be justly entitled.

Respectfully submitted:

Norred Law, PLLC
By: /s/ Clayton L. Everett
Clayton L. Everett
Texas State Bar No. 24065212
clayton@norredlaw.com
515 E. Border Street
Arlington, Texas 76010
Telephone: (817)704-3984
Counsel for Debtor

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 23, 2026, a true and correct copy of the above document shall be served electronically on the Chapter 13 Trustee and all parties entitled to electronic notice.

                                      */s/ Clayton L. Everett*
                                      Clayton L. Everett