PAM BASSEL STANDING CHAPTER 13 TRUSTEE
Bar No.01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
Phone: (817) 916-4710

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:                                                                              CASE NO: 25-44348-MXM-13

    STERON BROWN
        2613 PARKHURST LN
        VENUS, TX 76084
        SSN/TIN: XXX-XX-5891

**DEBTOR**                                                                          HEARING: APRIL 16, 2026 AT 8:30 AM

**NOTICE OF HEARING ON CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN**

NO HEARING WILL BE CONDUCTED UNLESS A WRITTEN OBJECTION IS FILED WITH THE UNITED STATES BANKRUPTCY CLERK AT ELDON B. MAHON U.S. COURTHOUSE 501 W. 10TH ST., RM. 147 FORT WORTH, TX 76102-3643 BEFORE CLOSE OF BUSINESS 21 DAYS FROM THE DATE OF SERVICE OF THIS NOTICE. IF AN OBJECTION IS TIMELY FILED, A HEARING MAY BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY. IF NO OBJECTION IS TIMELY FILED, THE PLAN SHALL BE DEEMED UNOPPOSED, AND THE COURT MAY ENTER AN ORDER CONFIRMING IT.

    If an objection is timely filed and not resolved by the hearing date, this matter will be called at the docket call on the time and date above in ROOM 128 at Eldon B. Mahon U.S. Courthouse 501 W. 10th St., Fort Worth, TX 76102-3643 with a hearing following docket call.

**Attend by WebEx Video**:

Link: https://us-courts.webex.com/meet/mullin

**Attend by WebEx Telephone**:

Dial-In: 1.650.479.3207
Meeting ID: 2310-650-8783

Respectfully submitted,

By:    /s/ Ethan S. Cartwright
      Ethan S. Cartwright, Staff Attorney
      Bar No. 24068273
      PAM BASSEL STANDING CHAPTER 13 TRUSTEE
      Bar No. 01344800
      860 Airport Freeway, Ste 150
      Hurst, TX 76054
      (817) 916-4710 Phone

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was served on the date of filing. Service was accomplished electronically on Debtor's attorney and all parties entitled to electronic notice and by first class mail on the Debtor and the parties listed below, if any.

By: /s/ Ethan S. Cartwright
Ethan S. Cartwright

CREDITORS:

AES, PO BOX 61047, HARRISBURG, PA 17106

Allstate Insurance Company, Attn Bankruptcy Dept, PO Box 660636, Dallas, TX 75266

AMERICAN EXPRESS, PO BOX 981535, EL PASO, TX 79998

American Express, PO Box 981537, El Paso, TX 79998

American Profit Recove, 34505 W 12 Mile Rd Ste 3, Farmington Hills, MI 48331-0000

ATTORNEY GENERAL OF TEXAS, COLLECTIONS DIV/BANKRUPTCY SEC, PO BOX 12548, AUSTIN, TX 78711

BANK OF AMERICA, PO BOX 15102, WILMINGTON, DE 19886

BANK OF AMERICA, PO BOX 673033, DALLAS, TX 75267-0000

Bank of America, PO Box 672050, Dallas, TX 75267

BECKET & LEE, PO BOX 3001, MALVERN, PA 19355-0000

Brackett AND Ellis, 100 Main St, Fort Worth, TX 76102

Capital One, PO Box 60519, City of Industry, CA 91716

CITIBANK, 5800 S CORPORATE PL, SIOUX FALLS, SD 57108-0000

Citibank, N.A., 400 White Clay Center Dr, NEWARK, DE 19711-0000

Credit Collection Services, 725 Canton Street, Norwood, MA 02062

CREDIT COLLECTION SVCS, PO BOX 607, NORWOOD, MA 02062-0000

Credit Control LLC, 3300 Rider Trail S Suite 509, Earth City, MO 63045

DEPT OF JUSTICE - TAX DIVISION, 717 N HARWOOD STE 400, DALLAS, TX 75201-0000

DeVry University, 100 E Royal Ln, Irving, TX 75039

DISCOVER, PO BOX 6103, CAROL STREAM, IL 60197-0000

FH Cann AND Associates Inc, PO Box 7, North Andover, MA 01845

INSTA CASH, 3200 S COOPER RD STE 100, ARLINGTON, TX 76015-0000

INTERNAL REVENUE SERVICE, PO BOX 7346, PHILADELPHIA, PA 19101

INTERNAL REVENUE SERVICE, PO BOX 7317, PHILADELPHIA, PA 19101

JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 772813, CHICAGO, IL 60677-0000

JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, ST CLOUD, MN 56302-0000

JOHNSON COUNTY, C/O PERDUE BRANDON FIELDER COLLINS & MOTT, 500 E BORDER ST STE 640, ARLINGTON, TX 76010-0000

LGBS, 100 Throckmorton St # 300, Fort Worth, TX 76102

LINEBARGER GOGGAN BLAIR AND SAMPSON, 3500 Maple Ave Ste 800, DALLAS, TX 75219-0000

LVNV FUNDING LLC, RESURGENT CAPITAL SERVICES, PO BOX 10587, GREENVILLE, SC 29603

Macys DSNB, PO Box 6789, Sioux Falls, SD 57117

Mercantile Adjustment Bureau LLC, 165 Lawrence Bell Dr Suite 100, Williamsville, NY 14221

NAVY FEDERAL CR UNION, PO BOX 3500, MERRIFIELD, VA 22119

NAVY FEDERAL CREDIT UNION, ATTN BANKRUPTCY DEPARTMENT, PO BOX 3000, MERRIFIELD, VA 22119

NAVY FEDERAL CREDIT UNION, 820 FOLLIN LN, VIENNA, VA 22180-0000

NTTA, PO Box 660244, Dallas, TX 75266

PERDUE BRACKETT FLORES UTT & BURNS, JV, C/O PBFC&M, LLP, 500 E BORDER ST STE 640, ARLINGTON, TX 76010-0000

PHEAA, PO BOX 1375, BUFFALO, NY 14240-0000

PHEAA, PO BOX 8147, HARRISBURG, PA 17105-0000

PROSPER MARKETPLACE INC, 221 MAIN ST STE 300, SAN FRANCISCO, CA 94105-0000

RICK D BARNES TARRANT COUNTY TAX COLLECTOR, DELINQUENT TAX DEPARTMENT, 3500 Maple Ave Ste 800, DALLAS, TX 75219-0000

RICK D BARNES TARRANT COUNTY TAX OFFICE, 100 E WEATHERFORD STREET, FORT WORTH, TX 76196

ROBERTSON ANSCHUTZ SCHNEID CRANE & PARTNERS PLLC, 6409 CONGRESS AVE STE 100, BOCA RATON, FL 33487-0000

SYNCB, PO Box 669807, Dallas, TX 75266

Texas Alcoholic Beverage Commission Taxing A, 5806 Mesa Dr, Austin, TX 78731

TEXAS COMPTROLLER PUBLIC ACCTS, REVENUE ACCOUNTING DIV/BANKRUP, PO BOX 13528, AUSTIN, TX 78711

TEXAS WORKFORCE COMMISSION, 101 E 15TH ST, RM 556, AUSTIN, TX 78778-0000

The Home Depot CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108

Titlemax, 121 W Debbie Ln, Mansfield, TX 76063

TitleMax of Texas Inc, PO BOX 931789, Atlanta, GA 31193

CREDITORS:     (cont'd.)

TitleMax of Texas Inc,  2312 E Trinity Mills Road Ste 100,  Carrollton, TX  75006

Unifin Inc,  PO Box 1608,  Skokie, IL  60076

US DEPARTMENT OF JUSTICE,  10TH & CONSTITUTION NW,  WASHINGTON, DC  20530-0000

USAA,  PO Box 8337,  Carol Stream, IL  60197

USAA FEDERAL SAVINGS BANK-CC Pymt Processing,  C/O ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS,  PO BOX 272410,  BOCA RATON, FL  33487-0000

Weed Man Lawn Care,  915 Finn Rd#100,  Hutchins, TX  75172

***Address on record invalid for recipient -- no document mailed to this party.