UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| IN RE:<br>STERON BROWN | CASE NO: 25-44348-mxm<br>**DECLARATION OF MAILING<br>CERTIFICATE OF SERVICE**<br>Chapter: 13<br>ECF Docket Reference No. 26 |
|---|---|

On 2/23/2026, I did cause a copy of the following documents, described below,

Amended Chapter 13 Plan ECF Docket Reference No. 26

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/23/2026

/s/ Clayton L. Everett
Clayton L. Everett

Norred Law, PLLC
515 E. Border Street
Arlington, TX 76010
817-704-3984
angela@norredlaw.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| IN RE:<br><br>STERON BROWN | CASE NO: 25-44348-mxm<br><br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br><br>Chapter: 13<br>ECF Docket Reference No. 26 |

On 2/23/2026, a copy of the following documents, described below,

Amended Chapter 13 Plan ECF Docket Reference No. 26

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/23/2026

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Clayton L. Everett
Norred Law, PLLC
515 E. Border Street
Arlington, TX  76010

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO                                                                                                EXCLUDE

LABEL MATRIX FOR LOCAL NOTICING          (P)PERDUE BRANDON FIELDER ET AL          (U)NAVY FEDERAL CREDIT UNION
NCRS ADDRESS DOWNLOAD                    ATTN CO PERDUE BRANDON FIELDER ET AL
CASE 25-44348-MXM                        500 EAST BORDER STREET SUITE 640
NORTHERN DISTRICT OF TEXAS               ARLINGTON TX 76010-7457
MON FEB 23 12-16-42 PST 2026


                                         EXCLUDE

TARRANT COUNTY                           501 W TENTH STREET                       AESED SERVICES OF A
LINEBARGER GOGGAN BLAIR SAMPSON LLP      FORT WORTH TX 76102-3637                 PO BOX 61047
CO CAMILLE STECKER                                                                HARRISBURG PA 17106-1047
3500 MAPLE AVENUE
SUITE 800
DALLAS TX 75219-3959


ALLSTATE INSURANCE COMPANY               AMERICAN EXPRESS                         AMERICAN EXPRESS CONSUMER CREDIT CARDS
PO BOX 660636                            PO BOX 981537                            PO BOX 981535
DALLAS TX 75266-0636                     EL PASO TX 79998-1537                    EL PASO TX 79998-1535


AMERICAN EXPRESS NATIONAL BANK           AMERICAN PROFIT RECOVERY                 ATTORNEY GENERAL
CO BECKET AND LEE LLP                    34505 W 12 MILE RD STE 3                 MAIN JUSTICE BLDG ROOM 5111
PO BOX 3001                              FARMINGTON HILLS MI 48331-3258           10TH CONSTITUTION AVE NW
MALVERN PA 19355-0701                                                             WASHINGTON DC 20530-0001


BANK OF AMERICA CONSUMER CREDIT CARDS    BANK OF AMERICA NA                       BRACKETT ELLIS
PO BOX 672050                            PO BOX 673033                            100 MAIN ST
DALLAS TX 75267-2050                     DALLAS TX 75267-3033                     FORT WORTH TX 76102-3008


CCS                                      CCS                                      CAPITAL ONE BANK CONSUMER CREDIT CARDS
725 CANTON STREET                        PO BOX 607                               PO BOX 60519
NORWOOD MA 02062-2609                    NORWOOD MA 02062-0607                    INDUSTRY CA 91716-0519


CITIBANK NA                              CREDIT CONTROL LLC                       DEVRY UNIVERSITY
CITIBANK NA                              3300 RIDER TRAIL S SUITE 509             100 E ROYAL LN
5800 S CORPORATE PL                      EARTH CITY MO 63045-1311                 IRVING TX 75039-4214
SIOUX FALLS SD 57108-5027


DISCOVER CARD CREDIT CARDS               FH CANN ASSOCIATES INC                   HOME DEPOTCBNA
PO BOX 6103                              PO BOX 7                                 5800 SOUTH CORPORATE PLACE
CAROL STREAM IL 60197-6103               NORTH ANDOVER MA 01845-0007              SIOUX FALLS SD 57108-5027


IRS                                      INSTA CASH                               INTERNAL REVENUE SERVICE
SPECIAL PROCEDURESINSOLVENCY             3200 S COOPER ST SUITE 100               PHILADELPHIA PA 19101
PO BOX 7346                              ARLINGTON TX 76015-2344                  PO BOX 7346
PHILADELPHIA PA 19101-7346                                                        PHILADELPHIA PA 19101-7346

| | EXCLUDE | EXCLUDE |
|---|---|---|
| (P)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | (D)(P)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | (D)(P)PERDUE BRANDON FIELDER ET AL<br>ATTN CO PERDUE BRANDON FIELDER ET AL<br>500 EAST BORDER STREET SUITE 640<br>ARLINGTON TX 76010-7457 |

LGBS
100 THROCKMORTON ST  300
FORT WORTH  TX 76102-2833

LGBSDALLAS
3500 MAPLE AVE STE 800
DALLAS  TX 75219-3959

LVNV FUNDING  LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE  SC 29603-0587

MACYSCITI
PO BOX 6789
SIOUX FALLS  SD 57117-6789

MERCANTILE ADJUSTMENT BUREAU LLC
165 LAWRENCE BELL DR SUITE 100
WILLIAMSVILLE  NY 14221-7900

NFCU
PO BOX 3500
MERRIFIELD  VA 22119-3500

NTTA
PO BOX 660244
DALLAS  TX 75266-0244

NAVY FEDERAL CREDIT UNION
ATTN BANKRUPTCY
PO BOX 3000
MERRIFIELD  VA 22119-3000

NAVY FEDERAL CREDIT UNION
BANKRUPTCY DEPARTMENT
820 FOLLIN LANE
VIENNA VA 22180-4907

NAVY FEDERAL CREDIT UNION
PO BOX 3000
MERRIFIELD  VA 22119-3000

NORRED LAW  PLLC
NORRED LAW  PLLC
515 E BORDER
ARLINGTON  TX 76010-7402

PHEAA
PO BOX 8147
HARRISBURG  PA 17105-8147

PERDUE BRANDON FIELDER COLLINS AND MOTT LLP
500 E BORDER 640
ARLINGTON  TX 76010-7457

(P)PROSPER MARKETPLACE INC
221 MAIN STREET STE 300
SAN FRANCISCO CA 94105-1909

RICK BARNES TARRANT COUNTY TAX ASSESSOR
100 E WEATHERFORD
FORT WORTH  TX 76196-0206

| | | EXCLUDE |
|---|---|---|
| SYNCBLOWES<br>PO BOX 669807<br>DALLAS  TX 75266-0759 | (P)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV  BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 | (D)TARRANT COUNTY<br>LINEBARGER GOGGAN BLAIR  SAMPSON  LLP<br>CO CAMILLE STECKER<br>3500 MAPLE AVENUE<br>SUITE 800<br>DALLAS  TX 75219-3959 |

TAX DIVISIONUS DEPARTMENT OF JUSTICE
717 N HARWOOD  STE 400
DALLAS  TX 75201-6598

TEXAS ALCOHOLIC BEVERAGE COMMISSIONTAXING A
5806 MESA DR
AUSTIN  TX 78731-3765

TEXAS ATTORNEY GENERAL
BKCOLLECTIONS DIVISION
PO BOX 12548
AUSTIN  TX 78711-2548

TEXAS WORKFORCE COMM
TEC BUILDINGBANKRUPTCY
101 E 15TH STREET
AUSTIN  TX 78778-0001

TITLEMAX OF TEXAS  INC
2312 E TRINITY MILLS ROAD  STE 100
CARROLLTON  TX 75006-1955

TITLEMAX
121 W DEBBIE LN
MANSFIELD TX 76063-8942

```
US TRUSTEE                      USAA                                    USAA FEDERAL SAVINGS BANK
1100 COMMERCE ST  RM 976        PO BOX 8337                             ROBERTSON  ANSCHUTZ  SCHNEID
DALLAS  TX 75242-0996           CAROL STREAM  IL 60197-8337             CRANE  PARTNERS  PLLC
                                                                        6409 CONGRESS AVENUE  SUITE 100
                                                                        BOCA RATON  FL 33487-2853




UNIFIN  INC                     UNITED STATES TRUSTEE                   WEED MAN LAWN CARE
PO BOX BOX 1608                 1100 COMMERCE STREET                    915 FINN RD100
SKOKIE  IL 60076-8608           ROOM 976                                HUTCHINS  TX 75172-9603
                                DALLAS  TX 75242-0996




                                                                        DEBTOR

CLAYTON EVERETT                 PAM BASSEL                              STERON BROWN
515 E BORDER ST                 OFFICE OF THE STANDING CH13 TRUSTEE     2613 PARKHURST LN
STE 163                         860 AIRPORT FREEWAY                     VENUS  TX 76084-3686
76010                           SUITE 150
ARLINGTON  TX 76010-7402        HURST  TX 76054-3256




WARREN V NORRED
NORRED LAW PLLC
515 E BORDER STREET
ARLINGTON  TX 76010-7402
```