PAM BASSEL STANDING CHAPTER 13 TRUSTEE
Bar No.01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
Phone: (817) 916-4710

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

IN RE:     CASE NO.: 25-44348-MXM-13

**STERON BROWN**
**2613 PARKHURST LN**
**VENUS, TX 76084**
**SSN/TIN: XXX-XX-5891**
**AKA: STERON E BROWN**

**DEBTOR**     HEARING: APRIL 16, 2026 AT 8:30 AM

### TRUSTEE'S AMENDED OBJECTION TO CONFIRMATION

TO THE HONORABLE U.S. BANKRUPTCY JUDGE:

NOW COMES Pam Bassel Standing Chapter 13 Trustee and files this Trustee's Amended Objection to Confirmation. Trustee would respectfully show the Court:

In addition to the grounds alleged in the previous objection, which are incorporated herein by reference, the Trustee objects to confirmation for the following reason(s):

The Plan fails the disposable income test of Section 1325 (b) (1) (B) because the Plan does not propose to pay all the Debtor's disposable income for the applicable commitment period to unsecured creditors.

The Plan provides for an unsecured creditors' pool of $37,297.20. The Trustee has calculated an unsecured creditors' pool of $72,611.40 based on a monthly disposable income of $1,210.19 over a 60-month applicable commitment period, with the following add-backs:

FORM 122C-2 LINE 13C 2012 NISSAN NOT SECURED BY VEHICLE     590.22
LOAN (TITLE LOAN ONLY)

WHEREFORE, Trustee prays that confirmation be DENIED and for general relief.

Respectfully submitted,

By:    /s/ Ethan S. Cartwright
Ethan S. Cartwright, Staff Attorney
Bar No. 24068273
PAM BASSEL STANDING CHAPTER 13 TRUSTEE
Bar No. 01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
(817) 916-4710 Phone

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on or before the date of filing. Service was accomplished electronically on Debtor's attorney and all parties entitled to electronic notice and by first class mail on the Debtor and the parties listed below, if any.

By:    /s/ Ethan S. Cartwright
Ethan S. Cartwright

STERON BROWN
2613 PARKHURST LN
VENUS, TX 76084