**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 13 |
| | § | |
| **Steron Brown** | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| DEBTOR | § | CASE NO: **25-44348** |

### NOTICE OF CLAIM SATISFACTION #5

     Now comes **Tarrant County**, a secured creditor herein, and notifies the Court and all other parties that it is filing this Notice of Claim Satisfaction regarding **Claim 5** (and any amended claims thereafter filed by the taxing entity) filed by **Tarrant County** on **December 12, 2025** in the amount of **$6,291.71.** Said claim has been paid, and said Claim Satisfaction is filed via the Withdrawal of Claim ECF process.

### CERTIFICATE OF SERVICE

I hereby certify that on the  2nd  day of  March , **2026** a true and correct copy of the above and foregoing document was filed with the Court and served via the Court's electronic noticing system upon all parties thereto.

Respectfully submitted,
Linebarger Goggan Blair & Sampson, LLP
3500 Maple Ave., Suite 800
Dallas, Texas 75219
(214) 880-0089 - Telephone
(469) 221-5003 - Fax
Email: dallas.bankruptcy@lgbs.com

By: */s/ Camille Stecker*
Lisa L. Evans, Attorney
Texas Bar No. 24036379
Sherrel K. Knighton, Attorney
Texas Bar No. 00796900
Camille Stecker, Attorney
Texas Bar No. 24131688
