PAM BASSEL STANDING CHAPTER 13 TRUSTEE
Bar No.01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
Phone: (817) 916-4710

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

IN RE:                                                                                          CASE NO.:  25-44348-MXM-13

STERON BROWN
    AKA: STERON E BROWN
    2613 PARKHURST LN
    VENUS, TX 76084
    SSN/TIN: XXX-XX-5891

**DEBTOR**                                                          **HEARING: APRIL 16, 2026 at 8:30 AM**

## NOTICE OF CONTINUED HEARING ON MOTION TO DISMISS

A previously scheduled hearing for this matter has been continued.

Respectfully submitted,

By:    /s/ Ethan S. Cartwright
    Ethan S. Cartwright, Staff Attorney
    Bar No. 24068273
    PAM BASSEL STANDING CHAPTER 13 TRUSTEE
    Bar No. 01344800
    860 Airport Freeway, Ste 150
    Hurst, TX 76054
    (817) 916-4710 Phone

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on or before the date of filing.  Service was accomplished electronically on Debtor's attorney and all parties entitled to electronic notice and by first class mail on the  Debtor and the parties listed below, if any.

By:    /s/ Ethan S. Cartwright
    Ethan S. Cartwright

STERON BROWN
2613 PARKHURST LN
VENUS, TX 76084