Clayton L. Everett | State Bar No. 24065212
NORRED LAW, PLLC | 515 E. Border Street | Arlington, Texas 76010
Telephone: (817) 704-3984 | clayton@norredlaw.com
Counsel for Debtor

# United States Bankruptcy Court
## Northern District of Texas
### Fort Worth Division

| | |
|---|---|
| In re:<br>Steron Brown,<br><br>Debtor. | Case No. 25-44348-mxm13<br>Chapter 7 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *Debtor's Amended Chapter 13 Plan* [ECF 26] was served on March 20, 2026, via First-Class Mail on the following parties:

Aes/Cit Ed
American Education Services
PO Box 2461
Harrisburg, PA 17105

Mercantile Adjustment Bureau, LLC
PO Box 9055
Williamsville, NY 14231

Weed Man Lawn Care
5008 Vesta Farley Road
Fort Worth TX 76119

Department of Justice Tax
1700 Pacific Ave., Suite 3700
Dallas, TX 75201

Respectfully submitted,

Norred Law, PLLC
By: /s/ Clayton L. Everett
Clayton L. Everett
Texas State Bar No. 24065212
clayton@norredlaw.com
515 E. Border Street
Arlington, Texas 76010
Telephone: (817)704-3984
Counsel for Debtor