**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

IN RE:

§

Steron Brown

§      CASE NO. 25-44348-MXM

Debtor(s)                                                  (Chapter 13)

§

**WITHDRAWAL**

NOW COMES, Johnson County in the above-entitled bankruptcy proceeding, by and through its attorneys, PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P., and does hereby withdraw its proof of claim filed on or about 11-13-25 (Claim No. 2) in this bankruptcy case.

Respectfully Submitted,

**PERDUE, BRANDON, FIELDER,
COLLINS & MOTT, L.L.P.**
Attorneys for Claimant

By: /s/ ELIZABETH BANDA CALVO
ELIZABETH BANDA CALVO
State Bar No. 24012238
500 E. Border St, Suite 640
Arlington, Texas 76010
Phone: (817) 461-3344
Fax: (817) 860-6509
Email: ebcalvo@pbfcm.com

**CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the above document has been sent to the parties listed by the Court's ECF notification system on this 1st day of April, 2026.  And all other parties via EM/ECF e-notice:

/s/ ELIZABETH BANDA CALVO
ELIZABETH BANDA CALVO