**PAM BASSEL STANDING CHAPTER 13 TRUSTEE**
Bar No. 01344800
860 Airport Freeway, Suite 150
Hurst, Texas 76054
Phone (817) 916-4710

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

**IN RE:**                                                                          **CASE NO.: 25-44348-MXM-13**

**STERON BROWN**
**2613 PARKHURST LN**
**VENUS, TX 76084**
**JOHNSON-TX**
**SSN / ITIN: XXX-XX-5891**
**AKA STERON E BROWN**

**DEBTOR(S)**

**TRUSTEE'S WITNESS AND EXHIBIT LIST**

TO THE HONORABLE U.S. BANKRUPTCY COURT JUDGE:

　　NOW COMES Pam Bassel Standing Chapter 13 Trustee and files this Trustee's Witness and Exhibit List. Trustee would respectfully show the Court:

**WITNESS LIST**

1.　Debtor(s)

　　The Trustee reserves the right to testify and call as a witness any witnesses called by any party, any witness identified on any party's Witness List, and any rebuttal witnesses.

**EXHIBIT LIST**

| Exhibit(s) | Offered | Admitted |
|---|---|---|
| A.　Amended Chapter 13 Plan (Docket No. 26) | _____ | _____ |
| B.　Schedules I and J (Docket No. 1) | _____ | _____ |
| C.　Debtor's Chapter 13 Calculation of Disposable Income (Docket No. 25) | _____ | _____ |
| D.　Trustee's Calculation of Disposable Income | _____ | _____ |
| E.　Claims Register (April 7, 2025) | _____ | _____ |
| F.　Proof of Claim No. 1 | _____ | _____ |

　　The Trustee reserves the right to rely upon or admit any evidence introduced by any party, any evidence identified on any party's Exhibit List, any schedules or pleadings filed after this List, and any rebuttal evidence.

Respectfully submitted,

By:    /s/ Ethan S. Cartwright
Ethan S. Cartwright, Staff Attorney
Bar No.  24068273
PAM BASSEL STANDING CHAPTER 13 TRUSTEE
Bar No. 01344800
860 Airport Freeway, Suite 150
Hurst, Texas 76054
(817) 916-4710 Phone

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on or before the date of filing.  Service was accomplished electronically on Debtor's attorney and all parties entitled to electronic notice and by first class mail on the Debtor(s) and the parties listed below, if any.

By:    /s/ Ethan S. Cartwright
Ethan S. Cartwright

STERON BROWN
2613 PARKHURST LN
VENUS, TX 76084