**UCP Worksheet - Above Median I**

## (101)

# ABOVE MEDIAN

### Gross & Line 44 (89)

| CASE NUMBER | 341 DATE | CONF PRE-HEARING |
|---|---|---|
| 25-44348-MXM | 12/16/2025 | 1/1/1900 |
| Steron Brown | | |
| Gross Income Per Schedule I Calculator | Paycheck | 11194.26 |
| Expenses Per Schedule Line 44 | | 10574.29 |
| Subtotal | | **$619.97** |

IRS Standards

EXHIBIT D

---

**UCP Worksheets Addbacks**

### Add Backs (91)

| DESCRIPTION | AMOUNT |
|---|---|
| FORM 122C-2 LINE 13C 2012 NISSAN NOT SECURED BY VEHICLE LOAN | 590.22 |
| | |
| | |
| | |
| | |
| | |
| Subtotal | **$590.22** |

Tax

Calculator For Above Median

### (198) 401(k) Add-backs

| #MO 401K LOAN PMT NOT IN PLAN | X MONTHLY LOAN PMT | |
|---|---|---|
| | | **$0.00** |
| | | **$0.00** |

---

**UCP Worksheet - Above Median II**

### Calculation / Pool (94)

| MONTHLY DISPOSABLE INCOME (DI) | **$1,210.19** |
|---|---|

**TOTAL UNSECURED CREDITORS POOL (98)**     **$72,611.40**