# Northern District of Texas
# Claims Register

### 25-44348-mxm13 Steron Brown                    EXHIBIT E

**Judge:** Mark X. Mullin          **Chapter:** 13
**Office:** Ft. Worth              **Last Date to file claims:** 01/15/2026
**Trustee:** Pam Bassel            **Last Date to file (Govt):** 05/05/2026

| | | |
|---|---|---|
| *Creditor:*      (23048445)<br>TitleMax of Texas, Inc.<br>2312 E Trinity Mills Road, Ste 100<br>Carrollton, TX 75006 | **Claim No: 1**<br>*Original Filed*<br>*Date*: 11/07/2025<br>*Original Entered*<br>*Date*: 11/07/2025 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Juanita Bonaparte<br>*Modified:* |

  Amount  claimed: $3038.65
  Secured claimed: $3038.65

*History:*

Details  ⬤  1-1  11/07/2025 Claim #1 filed by TitleMax of Texas, Inc., Amount claimed: $3038.65 (Bonaparte, Juanita)

*Description:* (1-1) 2012 NISSAN ALTIMA #137325732
*Remarks:*

| | | |
|---|---|---|
| *Creditor:*      (23055583)<br>Johnson County<br>c/o Perdue Brandon Fielder et al<br>500 East Border Street, Suite 640<br>Arlington, TX 76010 | **Claim No: 2**<br>*Original Filed*<br>*Date*: 11/13/2025<br>*Original Entered*<br>*Date*: 11/13/2025 | *Status:* Withdraw 37<br>*Filed by:* CR<br>*Entered by:* Elizabeth Banda Calvo<br>*Modified:* |

  Amount  claimed: $1733.14
  Secured claimed: $1733.14

*History:*

Details  ⬤  2-1  11/13/2025 Claim #2 filed by Johnson County, Amount claimed: $1733.14 (Calvo, Elizabeth)

         37  04/01/2026 Withdrawal of claim(s) Claim has been satisfied. Claim: 2 Filed by Creditor Johnson County. (Calvo, Elizabeth) Status: Withdraw

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:*      (23272091)<br>ECMC<br>PO Box 16408<br>St. Paul, MN 55116-0408  Claimant<br>History | **Claim No: 3**<br>*Original Filed*<br>*Date*: 11/25/2025<br>*Original Entered*<br>*Date*: 11/25/2025 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Jeremy Muthersbaugh<br>*Modified:* |

  Amount claimed: $156574.90

*History:*

Details  ⬤  3-1  11/25/2025 Claim #3 filed by PHEAA, Amount claimed: $156574.90 (Muthersbaugh, Jeremy)

         32  03/09/2026 Assignment/Transfer of claim. Fee Amount $28. Transfer Agreement 3001 (e) 2 Transferor: PHEAA (Claim No. 3) To ECMC. To ECMCPO Box 16408St. Paul, MN 55116-0408 Filed by Creditor ECMC. (Xiong- Yang, Chammye)

*Description:*
*Remarks:*

*Creditor:* (23071335)
USAA Federal Savings Bank
Robertson, Anschutz, Schneid,
Crane & Partners, PLLC
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487

**Claim No: 4**
*Original Filed Date:* 11/26/2025
*Original Entered Date:* 11/26/2025

*Status:*
*Filed by:* CR
*Entered by:* Sarah Barnes
*Modified:*

Amount claimed: $2423.84

*History:*

Details   ⬤   4-1   11/26/2025 Claim #4 filed by USAA Federal Savings Bank, Amount claimed: $2423.84 (Barnes, Sarah)

*Description:*
*Remarks:*

---

*Creditor:* (23091652)
Tarrant County
Linebarger Goggan Blair & Sampson, LLP
c/o Camille Stecker
3500 Maple Avenue
Suite 800
DALLAS, TX 75219

**Claim No: 5**
*Original Filed Date:* 12/12/2025
*Original Entered Date:* 12/12/2025

*Status:* Withdraw 31
*Filed by:* CR
*Entered by:* Camille Stecker
*Modified:*

Amount claimed: $6291.71
Secured claimed: $6291.71

*History:*

Details   ⬤   5-1   12/12/2025 Claim #5 filed by Tarrant County, Amount claimed: $6291.71 (Stecker, Camille)

       31   03/02/2026 Withdrawal of claim(s) Claim has been satisfied. Claim: 5 Filed by Creditor Tarrant County. (Stecker, Camille) Status: Withdraw

*Description:*
*Remarks:*

---

*Creditor:* (23099047)
American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

**Claim No: 6**
*Original Filed Date:* 12/18/2025
*Original Entered Date:* 12/18/2025

*Status:*
*Filed by:* CR
*Entered by:* Sharddha Bharatia
*Modified:*

Amount claimed: $1892.92

*History:*

Details   ⬤   6-1   12/18/2025 Claim #6 filed by American Express National Bank, Amount claimed: $1892.92 (Bharatia, Sharddha)

*Description:*
*Remarks:*

---

*Creditor:* (23099048)
American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

**Claim No: 7**
*Original Filed Date:* 12/18/2025
*Original Entered Date:* 12/18/2025

*Status:*
*Filed by:* CR
*Entered by:* Sharddha Bharatia
*Modified:*

Amount claimed: $4407.09

*History:*

Details   ⬤   7-1   12/18/2025 Claim #7 filed by American Express National Bank, Amount claimed: $4407.09 (Bharatia, Sharddha)

*Description:*
*Remarks:*

*Creditor:*      (23106936)
Jefferson Capital Systems, LLC
PO BOX 7999
SAINT CLOUD, MN 56302-9617

**Claim No: 8**
*Original Filed Date:* 12/29/2025
*Original Entered Date:* 12/29/2025

*Status:*
*Filed by:* CR
*Entered by:* Rosy Toribio
*Modified:*

Amount claimed: $901.06

*History:*

Details  ⊙  8-1    12/29/2025 Claim #8 filed by Jefferson Capital Systems, LLC, Amount claimed: $901.06 (Toribio, Rosy)

*Description:* (8-1) INSTALLMENT LOAN

*Remarks:*

*Creditor:*      (23111907)
Navy Federal Credit Union
P.O. Box 3000
Merrifield, VA 22119

**Claim No: 9**
*Original Filed Date:* 12/30/2025
*Original Entered Date:* 12/30/2025

*Status:*
*Filed by:* CR
*Entered by:* Thai Nguyen
*Modified:*

Amount  claimed: $20987.46
Secured claimed:       $0.00
Priority  claimed:       $0.00

*History:*

Details  ⊙  9-1    12/30/2025 Claim #9 filed by Navy Federal Credit Union, Amount claimed: $20987.46 (Nguyen, Thai)

*Description:*

*Remarks:*

*Creditor:*      (23111907)
Navy Federal Credit Union
P.O. Box 3000
Merrifield, VA 22119

**Claim No: 10**
*Original Filed Date:* 12/30/2025
*Original Entered Date:* 12/30/2025

*Status:*
*Filed by:* CR
*Entered by:* Thai Nguyen
*Modified:*

Amount  claimed: $25950.74
Secured claimed:       $0.00
Priority  claimed:       $0.00

*History:*

Details  ⊙  10-1    12/30/2025 Claim #10 filed by Navy Federal Credit Union, Amount claimed: $25950.74 (Nguyen, Thai)

*Description:*

*Remarks:*

*Creditor:*      (23111907)
Navy Federal Credit Union
P.O. Box 3000
Merrifield, VA 22119

**Claim No: 11**
*Original Filed Date:* 12/30/2025
*Original Entered Date:* 12/30/2025

*Status:*
*Filed by:* CR
*Entered by:* Thai Nguyen
*Modified:*

Amount  claimed: $15114.98
Secured claimed:       $0.00

*History:*

Details  ⊙  11-1    12/30/2025 Claim #11 filed by Navy Federal Credit Union, Amount claimed: $15114.98 (Nguyen, Thai)

*Description:*

*Remarks:*

Priority   claimed:        $0.00

*History:*

Details ⚫ 11-1   12/30/2025 Claim #11 filed by Navy Federal Credit Union, Amount claimed: $15114.98 (Nguyen, Thai)

*Description:*

*Remarks:*

| *Creditor:*        (23106936) | **Claim No: 12** | *Status:* |
|---|---|---|
| Jefferson Capital Systems, LLC | *Original Filed* | *Filed by:* CR |
| PO BOX 7999 | *Date*: 01/02/2026 | *Entered by:* Veenal Dsouza |
| SAINT CLOUD, MN 56302-9617 | *Original Entered* | *Modified:* |
| | *Date*: 01/02/2026 | |

Amount claimed: $7116.84

*History:*

Details ⚫ 12-1   01/02/2026 Claim #12 filed by Jefferson Capital Systems, LLC, Amount claimed: $7116.84 (Dsouza,
                  Veenal)

*Description:* (12-1) CREDIT CARD

*Remarks:*

| *Creditor:*        (23115757) | **Claim No: 13** | *Status:* |
|---|---|---|
| Navy Federal Credit Union | *Original Filed* | *Filed by:* CR |
| Bankruptcy Department | *Date*: 01/02/2026 | *Entered by:* Elizabeth H Parrott |
| 820 Follin Lane | *Original Entered* | *Modified:* |
| Vienna VA 22180 | *Date*: 01/02/2026 | |

Amount  claimed: $344383.48

Secured claimed: $344383.48

*History:*

Details ⚫ 13-1   01/02/2026 Claim #13 filed by Navy Federal Credit Union, Amount claimed: $344383.48 (Parrott,
                  Elizabeth)

        doc   03/05/2026 Notice of mortgage payment change with certificate of service. Claim # 13. Filed by Creditor
                  Navy Federal Credit Union. (Willis, Carl)

*Description:*

*Remarks:*

| *Creditor:*        (23117911) | **Claim No: 14** | *Status:* |
|---|---|---|
| Bank of America, N.A. | *Original Filed* | *Filed by:* CR |
| PO Box 673033 | *Date*: 01/05/2026 | *Entered by:* Donna K Brown |
| Dallas, TX 75267-3033 | *Original Entered* | *Modified:* |
| | *Date*: 01/05/2026 | |

Amount  claimed: $12189.67

Secured claimed:       $0.00

Priority   claimed:       $0.00

*History:*

Details ⚫ 14-1   01/05/2026 Claim #14 filed by Bank of America, N.A., Amount claimed: $12189.67 (Brown, Donna)

*Description:*

*Remarks:*

| Creditor:    (23106936) | Claim No: 15 | Status: |
|---|---|---|
| Jefferson Capital Systems, LLC | *Original Filed* | *Filed by:* CR |
| PO BOX 7999 | *Date*: 01/05/2026 | *Entered by:* Rohit Murdas |
| SAINT CLOUD, MN 56302-9617 | *Original Entered* | *Modified:* |
| | *Date*: 01/05/2026 | |

Amount claimed: $2296.11

*History:*

Details    🌐  15-1   01/05/2026 Claim #15 filed by Jefferson Capital Systems, LLC, Amount claimed: $2296.11 (Murdas, Rohit)

*Description:* (15-1) CREDIT CARD
*Remarks:*

| Creditor:    (23117911) | Claim No: 16 | Status: |
|---|---|---|
| Bank of America, N.A. | *Original Filed* | *Filed by:* CR |
| PO Box 673033 | *Date*: 01/06/2026 | *Entered by:* Harold E. Kyle, Jr. |
| Dallas, TX 75267-3033 | *Original Entered* | *Modified:* |
| | *Date*: 01/06/2026 | |

Amount  claimed: $6846.89
Secured claimed:      $0.00
Priority   claimed:      $0.00

*History:*

Details    🌐  16-1   01/06/2026 Claim #16 filed by Bank of America, N.A., Amount claimed: $6846.89 (Kyle, Harold)

*Description:*
*Remarks:*

| Creditor:    (23047900) | Claim No: 17 | Status: |
|---|---|---|
| IRS | *Original Filed* | *Filed by:* CR |
| Special Procedures-Insolvency | *Date*: 01/08/2026 | *Entered by:* Mikeal D. Smith |
| PO Box 7346 | *Original Entered* | *Modified:* |
| Philadelphia, PA 19101 | *Date*: 01/08/2026 | |

Amount  claimed: $31984.70
Secured claimed:      $0.00
Priority   claimed:   $4950.38

*History:*

Details    🌐  17-1   01/08/2026 Claim #17 filed by IRS, Amount claimed: $31984.70 (Smith, Mikeal)

*Description:*
*Remarks:*

| Creditor:    (23123090) | Claim No: 18 | Status: |
|---|---|---|
| Citibank N.A. | *Original Filed* | *Filed by:* CR |
| Citibank, N.A. | *Date*: 01/09/2026 | *Entered by:* Jessi White |
| 5800 S Corporate Pl | *Original Entered* | *Modified:* |
| Sioux Falls, SD 57108-5027 | *Date*: 01/09/2026 | |

Amount claimed: $2879.53

*History:*

Details    🌐  18-1   01/09/2026 Claim #18 filed by Citibank N.A., Amount claimed: $2879.53 (White, Jessi)

*Description:* (18-1) Money Loaned
*Remarks:*

*Creditor:* (23124613)
LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

**Claim No: 19**
*Original Filed*
*Date*: 01/12/2026
*Original Entered*
*Date*: 01/12/2026

*Status:*
*Filed by:* CR
*Entered by:* Helga Helena Ridgeway
*Modified:*

Amount claimed: $271.36
Secured claimed: $0.00

*History:*

Details    19-1    01/12/2026 Claim #19 filed by LVNV Funding, LLC, Amount claimed: $271.36 (Ridgeway, Helga)

*Description:*
*Remarks:*

*Creditor:* (23304490)
North Texas Tollway Authority
5900 W. Plano Pkwy
Legal/ Bankruptcy
Plano, TX 75093

**Claim No: 20**
*Original Filed*
*Date*: 04/02/2026
*Original Entered*
*Date*: 04/02/2026

*Status:*
*Filed by:* CR
*Entered by:*
*Modified:*

Amount claimed: $28272.06

*History:*

Details    20-1    04/02/2026 Claim #20 filed by North Texas Tollway Authority, Amount claimed: $28272.06 (Admin)

*Description:*
*Remarks:*

## Claims Register Summary

**Case Name:** Steron Brown
**Case Number:** 25-44348-mxm13
**Chapter:** 13
**Date Filed:** 11/06/2025
**Total Number Of Claims:** 20

| | |
|---|---|
| **Total Amount Claimed\*** | $675557.13 |
| **Total Amount Allowed\*** | |

*\*Includes general unsecured claims*

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| **Secured** | $355446.98 | |
| **Priority** | $4950.38 | |
| **Administrative** | | |

| PACER Service Center |
|---|
| **Transaction Receipt** |
| 04/07/2026 10:39:38 |

4/7/26, 10:39 AM

Case 25-44348-mxm13    Doc 38-5    U.S. Bankruptcy Court, Northern District of Texas    Entered 04/07/26 10:44:45    Desc
Exhibit E CLAIMS REGISTER    Page 7 of 7

| PACER Login: | pabfwch13 | Client Code: | |
| --- | --- | --- | --- |
| Description: | Claims Register | Search Criteria: | 25-44348-mxm13 Filed or Entered From: 1/1/1900 Filed or Entered To: 4/7/2026 |
| Billable Pages: | 2 | Cost: | 0.20 |
| Exempt flag: | Exempt | Exempt reason: | Exempt Court Order |