

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 17, 2026**

_____
**United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

**IN RE:**                                                    **CASE NO.: 25-44348-MXM**

**Steron Brown**
    AKA: Steron E Brown
    2613 Parkhurst Ln
    Venus, TX 76084
    SSN/TIN: XXX-XX-5891

## ORDER DENYING CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN AND MOTION FOR VALUATION

Came on for consideration Confirmation of the Debtor's Chapter 13 Plan and Motion for Valuation ("Plan") filed on or about February 23, 2026. The Court finds that notice was and is appropriate under the circumstances. The Court is of the opinion that confirmation should be DENIED based on:

The Parties' announcement of no opposition at or prior to docket call.

IT IS THEREFORE ORDERED that confirmation of the Debtor's Plan is DENIED.

# # # END OF ORDER # # #