United States Bankruptcy Court

Northern District of Texas

| | |
|---|---|
| In re: | Case No. 25-44348-mxm |
| Steron Brown | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0539-4 | User: admin | Page 1 of 4 |
| Date Rcvd: Apr 20, 2026 | Form ID: pdf022 | Total Noticed: 56 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Steron Brown, 2613 Parkhurst Ln, Venus, TX 76084-3686 |
| 23047889 | + | Brackett & Ellis, 100 Main St., Fort Worth, TX 76102-3008 |
| 23047893 | + | Credit Control LLC, 3300 Rider Trail S Suite 509, Earth City, MO 63045-1311 |
| 23047894 | + | DeVry University, 100 E Royal Ln, Irving, TX 75039-4214 |
| 23047915 | + | Department of Justice Tax, 1700 Pacific Ave., Suite 3700, Dallas, TX 75201-4656 |
| 23047898 | + | Insta Cash, 3200 S Cooper St Suite 100, Arlington, TX 76015-2344 |
| 23047908 | + | Norred Law, PLLC, Norred Law, PLLC, 515 E. Border, Arlington, TX 76010-7402 |
| 23047912 | + | Rick Barnes Tarrant County Tax Assessor, 100 E Weatherford, Fort Worth, TX 76196-0206 |
| 23047916 | + | Texas Alcoholic Beverage Commission-Taxing Authori, 5806 Mesa Dr., Austin, TX 78731-3765 |
| 23047923 | + | Weed Man Lawn Care, 5008 Vesta Farley Road, Fort Worth TX 76119-6476 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 23047882 | + | Email/Text: bncnotifications@pheaa.org | Apr 20 2026 22:31:00 | Aes/Cit Ed, American Education Services, PO Box 2461, Harrisburg, PA 17105-2461 |
| 23047883 | ^ | MEBN | Apr 20 2026 22:30:00 | Allstate Insurance Company, PO Box 660636, Dallas, TX 75266-0636 |
| 23047884 | + | Email/PDF: bncnotices@becket-lee.com | Apr 20 2026 22:39:48 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 23047885 | + | Email/PDF: bncnotices@becket-lee.com | Apr 20 2026 22:39:48 | American Express - Consumer Credit Cards, PO Box 981535, El Paso, TX 79998-1535 |
| 23099047 | | Email/PDF: bncnotices@becket-lee.com | Apr 20 2026 22:39:33 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 23047886 | + | Email/Text: bky@americanprofit.net | Apr 20 2026 22:32:00 | American Profit Recovery, 34505 W 12 Mile Rd Ste 3, Farmington Hills, MI 48331-3258 |
| 23047887 | ^ | MEBN | Apr 20 2026 22:28:54 | Attorney General, Main Justice Bldg, Room 5111, 10th & Constitution Ave., N.W., Washington, DC 20530-0001 |
| 23047888 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Apr 20 2026 22:30:00 | Bank Of America Consumer Credit Cards, PO Box 672050, Dallas, TX 75267-2050 |
| 23117911 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Apr 20 2026 22:30:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 23047891 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Apr 20 2026 22:32:00 | CCS, PO Box 607, Norwood, MA 02062-0607 |
| 23047892 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Apr 20 2026 22:32:00 | CCS, 725 Canton street, Norwood, MA 02062-2609 |
| 23047890 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 20 2026 22:39:46 | Capital One Bank - Consumer Credit Cards, PO Box 60519, Industry, CA 91716-0519 |

District/off: 0539-4                    User: admin                    Page 2 of 4

Date Rcvd: Apr 20, 2026                 Form ID: pdf022                 Total Noticed: 56

| | | | |
|---|---|---|---|
| 23123090 | | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | Apr 20 2026 22:39:36 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 23047895 | + | Email/Text: mrdiscen@discover.com | |
| | | Apr 20 2026 22:30:00 | Discover Card Credit Cards, PO Box 6103, Carol Stream, IL 60197-6103 |
| 23272091 | | Email/Text: ECMCBKNotices@ecmc.org | |
| | | Apr 20 2026 22:31:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 23047896 | + | Email/Text: compliance@fhcann.com | |
| | | Apr 20 2026 22:31:00 | F.H. Cann & Associates Inc, PO Box 7, North Andover, MA 01845-0007 |
| 23047897 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | Apr 20 2026 22:39:36 | Home Depot/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 23047900 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | |
| | | Apr 20 2026 22:31:00 | IRS, Special Procedures-Insolvency, PO Box 7346, Philadelphia, PA 19101-7346 |
| 23047901 | | Email/Text: JCAP_BNC_Notices@jcap.com | |
| | | Apr 20 2026 22:32:00 | Jefferson Capital Systems, LLC, 16 McLeland Road, Saint Cloud, MN 56303 |
| 23106936 | | Email/Text: JCAP_BNC_Notices@jcap.com | |
| | | Apr 20 2026 22:32:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 23047902 | + | Email/Text: dallas.bankruptcy@LGBS.com | |
| | | Apr 20 2026 22:31:00 | LGBS, 100 Throckmorton St # 300, Fort Worth, TX 76102-2833 |
| 23047903 | + | Email/Text: dallas.bankruptcy@LGBS.com | |
| | | Apr 20 2026 22:31:00 | LGBS-Dallas, 3500 Maple Ave Ste 800, Dallas, TX 75219-3959 |
| 23124613 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Apr 20 2026 22:40:00 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 23047904 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | |
| | | Apr 20 2026 22:39:50 | Macy's/Citi, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 23047905 | ^ | MEBN | |
| | | Apr 20 2026 22:28:45 | Mercantile Adjustment Bureau, LLC, PO Box 9055, Williamsville, NY 14231-9055 |
| 23047907 | + | Email/Text: ext_ebn_inbox@navyfederal.org | |
| | | Apr 20 2026 22:32:00 | NFCU, PO Box 3500, Merrifield, VA 22119-3500 |
| 23047909 | + | Email/Text: bankruptcy@ntta.org | |
| | | Apr 20 2026 22:32:00 | NTTA, PO Box 660244, Dallas, TX 75266-0244 |
| 23047906 | | Email/Text: ext_ebn_inbox@navyfederal.org | |
| | | Apr 20 2026 22:32:00 | Navy Federal Credit Union, Attn: Bankruptcy, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 23115757 | + | Email/Text: ext_ebn_inbox@navyfederal.org | |
| | | Apr 20 2026 22:32:00 | Navy Federal Credit Union, Bankruptcy Department, 820 Follin Lane, Vienna VA 22180-4907 |
| 23111907 | + | Email/Text: ext_ebn_inbox@navyfederal.org | |
| | | Apr 20 2026 22:32:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 23304490 | + | Email/Text: bankruptcy@ntta.org | |
| | | Apr 20 2026 22:32:00 | North Texas Tollway Authority, 5900 W. Plano Pkwy, Legal/ Bankruptcy, Plano, TX 75093-4695 |
| 23055583 | | Email/Text: emccain@pbfcm.com | |
| | | Apr 20 2026 22:31:00 | Johnson County, c/o Perdue Brandon Fielder et al, 500 East Border Street, Suite 640, Arlington, TX 76010 |
| 23068153 | + | Email/Text: bncnotifications@pheaa.org | |
| | | Apr 20 2026 22:31:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 23047911 | | Email/Text: ProsperBK@prosper.com | |
| | | Apr 20 2026 22:31:00 | Prosper, 221 Main Street, Suite 300, San Francisco, CA 94105 |
| 23047910 | + | Email/Text: emccain@pbfcm.com | |
| | | Apr 20 2026 22:31:00 | Perdue Brandon Fielder Collins and Mott LLP, 500 E. Border #640, Arlington, TX 76010-7457 |
| 23047914 | + | Email/PDF: ais.sync.ebn@aisinfo.com | |
| | | Apr 20 2026 22:39:57 | SYNCB/Lowes, PO Box 669807, Dallas, TX 75266-0759 |
| 23047913 | | Email/Text: pacer@cpa.state.tx.us | |
| | | Apr 20 2026 22:32:00 | State Comptroller, Revenue Accounting Division, PO Box 13528, Austin, TX 78711 |
| 23091652 | + | Email/Text: dallas.bankruptcy@LGBS.com | |

District/off: 0539-4                                    User: admin                                    Page 3 of 4

Date Rcvd: Apr 20, 2026                                Form ID: pdf022                                Total Noticed: 56

| | | | |
|---|---|---|---|
| | | Apr 20 2026 22:31:00 | Tarrant County, Linebarger Goggan Blair & Sampson, LLP, c/o Camille Stecker, 3500 Maple Avenue, Suite 800, DALLAS, TX 75219-3959 |
| 23047917 | + Email/Text: bcd@oag.texas.gov | Apr 20 2026 22:31:00 | Texas Attorney General, BK-Collections Division, PO Box 12548, Austin, TX 78711-2548 |
| 23047918 | + Email/Text: collections.pacer@twc.texas.gov | Apr 20 2026 22:32:00 | Texas Workforce Comm., TEC Building-Bankruptcy, 101 E. 15th Street, Austin, TX 78778-0001 |
| 23048445 | + Email/Text: bkinfo@ccfi.com | Apr 20 2026 22:32:00 | TitleMax of Texas, Inc., 2312 E Trinity Mills Road, Ste 100, Carrollton, TX 75006-1955 |
| 23047919 | + Email/Text: bkinfo@ccfi.com | Apr 20 2026 22:32:00 | Titlemax, 121 W Debbie Ln, Mansfield, TX 76063-8942 |
| 23047920 | + Email/Text: ustpregion06.da.ecf@usdoj.gov | Apr 20 2026 22:31:00 | U.S. Trustee, 1100 Commerce St., Rm 976, Dallas, TX 75242-0996 |
| 23047922 | + Email/Text: bkelectronicnotices@usaa.com | Apr 20 2026 22:30:00 | USAA, PO Box 8337, Carol Stream, IL 60197-8337 |
| 23071335 | + Email/Text: RASEBN@raslg.com | Apr 20 2026 22:30:00 | USAA Federal Savings Bank, Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 23047921 | ^ MEBN | Apr 20 2026 22:29:57 | Unifin, Inc., PO Box Box 1608, Skokie, IL 60076-8608 |

TOTAL: 46

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 23099048 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 23047899 | *+ | Internal Revenue Service, Philadelphia, PA 19101, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Camille Stecker | on behalf of Creditor Tarrant County Camille.Stecker@lgbs.com Dalia.Balderas@lgbs.com;Yvonne.Perez@lgbs.com;camille.stecker@ecf.courtdrive.com;Mirian.Zavala@lgbs.com |
| Charles Lester Kennon, III | on behalf of Creditor Navy Federal Credit Union Charles.Kennon@mccalla.com  mccallaecf@ecf.courtdrive.com |

District/off: 0539-4                     User: admin                              Page 4 of 4

Date Rcvd: Apr 20, 2026                  Form ID: pdf022                          Total Noticed: 56

Clayton Everett

on behalf of Debtor Steron Brown clayton@norredlaw.com
clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com

Elizabeth Banda Calvo

on behalf of Creditor Johnson County ebcalvo@pbfcm.com  rgleason@pbfcm.com

Pam Bassel

fwch13cmecf@fwch13.com

Pam Bassel

on behalf of Trustee Pam Bassel fwch13cmecf@fwch13.com

United States Trustee

ustpregion06.da.ecf@usdoj.gov

Warren V. Norred

on behalf of Debtor Steron Brown warren@norredlaw.com
anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com

TOTAL: 8



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 20, 2026**

United States Bankruptcy Judge

---

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

IN RE:                                                                     CASE NO. 25-44348-MXM-13
    **STERON BROWN**
        AKA: STERON E BROWN
        2613 PARKHURST LN
        VENUS, TX 76084
        SSN/TIN: XXX-XX-5891

**DEBTOR**

### ORDER DISMISSING CASE

    CAME ON for consideration Trustee's Motion to Dismiss. The Court FINDS that notice was appropriate under the circumstances. The Court is of the opinion that the Motion should be GRANTED based on:

        the Parties' announcement of no opposition at or prior to docket call.

    IT IS THEREFORE ORDERED that the Trustee's Motion to Dismiss is GRANTED.

    IT IS FURTHER ORDERED that the above-styled case is DISMISSED without prejudice.

    IT IS FURTHER ORDERED that the Trustee shall disburse any funds on hand as provided by 11 U.S. C. 1326 (a) (2) and file a Trustee's Final Report; and

    IT IS FURTHER ORDERED that all debts due and owing creditors as of this date are NOT DISCHARGED.

THE ABOVE STYLED AND NUMBERED CASE WILL BE CLOSED 21 DAYS AFTER THE ENTRY OF THIS ORDER PROVIDED THAT IT IS A SINGLE DEBTOR CASE OR A JOINT DEBTOR CASE AND BOTH DEBTORS ARE DISMISSED.

###END OF ORDER###