United States Bankruptcy Court

Northern District of Texas

In re:                                                                                    Case No. 25-44348-mxm

Steron Brown                                                                              Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-4                          User: admin                                 Page 1 of 4

Date Rcvd: Jun 03, 2026                       Form ID: pdf013                             Total Noticed: 58

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Steron Brown, 2613 Parkhurst Ln, Venus, TX 76084-3686 |
| 23047889 | + | Brackett & Ellis, 100 Main St., Fort Worth, TX 76102-3008 |
| 23047893 | + | Credit Control LLC, 3300 Rider Trail S Suite 509, Earth City, MO 63045-1311 |
| 23047894 | + | DeVry University, 100 E Royal Ln, Irving, TX 75039-4214 |
| 23047915 | + | Department of Justice Tax, 1700 Pacific Ave., Suite 3700, Dallas, TX 75201-4656 |
| 23047898 | + | Insta Cash, 3200 S Cooper St Suite 100, Arlington, TX 76015-2344 |
| 23047908 | + | Norred Law, PLLC, Norred Law, PLLC, 515 E. Border, Arlington, TX 76010-7402 |
| 23047912 | + | Rick Barnes Tarrant County Tax Assessor, 100 E Weatherford, Fort Worth, TX 76196-0206 |
| 23047916 | + | Texas Alcoholic Beverage Commission-Taxing Authori, 5806 Mesa Dr., Austin, TX 78731-3765 |
| 23047923 | + | Weed Man Lawn Care, 5008 Vesta Farley Road, Fort Worth TX 76119-6476 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: emccain@pbfcm.com | Jun 04 2026 00:33:00 | Johnson County, % Perdue Brandon Fielder Et Al, 500 E. Border Street, Suite 640, Arlington, TX 76010 |
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | Jun 04 2026 00:34:00 | Tarrant County, C/O Camille Stecker, 3500 Maple Avenue, Suite 800, Dallas, TX 75219, UNITED STATES 75219-3959 |
| 23047882 | + | Email/Text: bncnotifications@pheaa.org | Jun 04 2026 00:33:00 | Aes/Cit Ed, American Education Services, PO Box 2461, Harrisburg, PA 17105-2461 |
| 23047883 | ^ | MEBN | Jun 04 2026 00:23:12 | Allstate Insurance Company, PO Box 660636, Dallas, TX 75266-0636 |
| 23047884 | + | Email/PDF: bncnotices@becket-lee.com | Jun 04 2026 00:36:03 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 23047885 | + | Email/PDF: bncnotices@becket-lee.com | Jun 04 2026 00:36:19 | American Express - Consumer Credit Cards, PO Box 981535, El Paso, TX 79998-1535 |
| 23099047 | | Email/PDF: bncnotices@becket-lee.com | Jun 04 2026 00:35:45 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 23047886 | + | Email/Text: bky@americanprofit.net | Jun 04 2026 00:34:00 | American Profit Recovery, 34505 W 12 Mile Rd Ste 3, Farmington Hills, MI 48331-3258 |
| 23047887 | ^ | MEBN | Jun 04 2026 00:22:15 | Attorney General, Main Justice Bldg, Room 5111, 10th & Constitution Ave., N.W., Washington, DC 20530-0001 |
| 23047888 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jun 04 2026 00:33:00 | Bank Of America Consumer Credit Cards, PO Box 672050, Dallas, TX 75267-2050 |
| 23117911 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Jun 04 2026 00:33:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |

District/off: 0539-4                    User: admin                                  Page 2 of 4

Date Rcvd: Jun 03, 2026                 Form ID: pdf013                              Total Noticed: 58

| | | | |
|---|---|---|---|
| 23047891 | + Email/Text: bankruptcy_notifications@ccsusa.com | Jun 04 2026 00:34:00 | CCS, PO Box 607, Norwood, MA 02062-0607 |
| 23047892 | + Email/Text: bankruptcy_notifications@ccsusa.com | Jun 04 2026 00:34:00 | CCS, 725 Canton street, Norwood, MA 02062-2609 |
| 23047890 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 04 2026 00:35:46 | Capital One Bank - Consumer Credit Cards, PO Box 60519, Industry, CA 91716-0519 |
| 23123090 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 04 2026 00:36:22 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 23047895 | + Email/Text: mrdiscen@discover.com | Jun 04 2026 00:33:00 | Discover Card Credit Cards, PO Box 6103, Carol Stream, IL 60197-6103 |
| 23272091 | Email/Text: ECMCBKNotices@ecmc.org | Jun 04 2026 00:34:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 23047896 | + Email/Text: compliance@fhcann.com | Jun 04 2026 00:34:00 | F.H. Cann & Associates Inc, PO Box 7, North Andover, MA 01845-0007 |
| 23047897 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 04 2026 00:35:51 | Home Depot/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 23047900 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 04 2026 00:33:00 | IRS, Special Procedures-Insolvency, PO Box 7346, Philadelphia, PA 19101-7346 |
| 23047901 | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 04 2026 00:34:00 | Jefferson Capital Systems, LLC, 16 McLeland Road, Saint Cloud, MN 56303 |
| 23106936 | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 04 2026 00:34:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 23047902 | + Email/Text: dallas.bankruptcy@LGBS.com | Jun 04 2026 00:34:00 | LGBS, 100 Throckmorton St # 300, Fort Worth, TX 76102-2833 |
| 23047903 | + Email/Text: dallas.bankruptcy@LGBS.com | Jun 04 2026 00:34:00 | LGBS-Dallas, 3500 Maple Ave Ste 800, Dallas, TX 75219-3959 |
| 23124613 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 04 2026 00:35:48 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 23047904 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 04 2026 00:35:51 | Macy's/Citi, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 23047905 | ^ MEBN | Jun 04 2026 00:21:58 | Mercantile Adjustment Bureau, LLC, PO Box 9055, Williamsville, NY 14231-9055 |
| 23047907 | + Email/Text: ext_ebn_inbox@navyfederal.org | Jun 04 2026 00:34:00 | NFCU, PO Box 3500, Merrifield, VA 22119-3500 |
| 23047909 | + Email/Text: bankruptcy@ntta.org | Jun 04 2026 00:34:00 | NTTA, PO Box 660244, Dallas, TX 75266-0244 |
| 23047906 | Email/Text: ext_ebn_inbox@navyfederal.org | Jun 04 2026 00:34:00 | Navy Federal Credit Union, Attn: Bankruptcy, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 23115757 | + Email/Text: ext_ebn_inbox@navyfederal.org | Jun 04 2026 00:34:00 | Navy Federal Credit Union, Bankruptcy Department, 820 Follin Lane, Vienna VA 22180-4907 |
| 23111907 | + Email/Text: ext_ebn_inbox@navyfederal.org | Jun 04 2026 00:34:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 23304490 | + Email/Text: bankruptcy@ntta.org | Jun 04 2026 00:34:00 | North Texas Tollway Authority, 5900 W. Plano Pkwy, Legal/ Bankruptcy, Plano, TX 75093-4695 |
| 23055583 | Email/Text: emccain@pbfcm.com | Jun 04 2026 00:33:00 | Johnson County, c/o Perdue Brandon Fielder et al, 500 East Border Street, Suite 640, Arlington, TX 76010 |
| 23068153 | + Email/Text: bncnotifications@pheaa.org | Jun 04 2026 00:33:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 23047911 | Email/Text: ProsperBK@prosper.com | Jun 04 2026 00:34:00 | Prosper, 221 Main Street, Suite 300, San Francisco, CA 94105 |
| 23047910 | + Email/Text: emccain@pbfcm.com | Jun 04 2026 00:33:00 | Perdue Brandon Fielder Collins and Mott LLP, |

District/off: 0539-4 | User: admin | Page 3 of 4
Date Rcvd: Jun 03, 2026 | Form ID: pdf013 | Total Noticed: 58

| | | | | 500 E. Border #640, Arlington, TX 76010-7457 |
|---|---|---|---|---|
| 23047914 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 04 2026 00:35:45 | SYNCB/Lowes, PO Box 669807, Dallas, TX 75266-0759 |
| 23047913 | | Email/Text: pacer@cpa.state.tx.us | Jun 04 2026 00:34:00 | State Comptroller, Revenue Accounting Division, PO Box 13528, Austin, TX 78711 |
| 23091652 | + | Email/Text: dallas.bankruptcy@LGBS.com | Jun 04 2026 00:34:00 | Tarrant County, Linebarger Goggan Blair & Sampson, LLP, c/o Camille Stecker, 3500 Maple Avenue, Suite 800, DALLAS, TX 75219-3959 |
| 23047917 | + | Email/Text: bcd@oag.texas.gov | Jun 04 2026 00:33:00 | Texas Attorney General, BK-Collections Division, PO Box 12548, Austin, TX 78711-2548 |
| 23047918 | + | Email/Text: collections.pacer@twc.texas.gov | Jun 04 2026 00:34:00 | Texas Workforce Comm., TEC Building-Bankruptcy, 101 E. 15th Street, Austin, TX 78778-0001 |
| 23048445 | + | Email/Text: bkinfo@ccfi.com | Jun 04 2026 00:34:00 | TitleMax of Texas, Inc., 2312 E Trinity Mills Road, Ste 100, Carrollton, TX 75006-1955 |
| 23047919 | + | Email/Text: bkinfo@ccfi.com | Jun 04 2026 00:34:00 | Titlemax, 121 W Debbie Ln, Mansfield, TX 76063-8942 |
| 23047920 | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | Jun 04 2026 00:34:00 | U.S. Trustee, 1100 Commerce St., Rm 976, Dallas, TX 75242-0996 |
| 23047922 | + | Email/Text: bkelectronicnotices@usaa.com | Jun 04 2026 00:33:00 | USAA, PO Box 8337, Carol Stream, IL 60197-8337 |
| 23071335 | + | Email/Text: RASEBN@raslg.com | Jun 04 2026 00:33:00 | USAA Federal Savings Bank, Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 23047921 | ^ | MEBN | Jun 04 2026 00:22:34 | Unifin, Inc., PO Box Box 1608, Skokie, IL 60076-8608 |

TOTAL: 48

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 23099048 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 23047899 | *+ | Internal Revenue Service, Philadelphia, PA 19101, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2026 | Signature: | /s/Gustava Winters

District/off: 0539-4

User: admin

Page 4 of 4

Date Rcvd: Jun 03, 2026

Form ID: pdf013

Total Noticed: 58

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Camille Stecker | on behalf of Creditor Tarrant County Camille.Stecker@lgbs.com Dalia.Balderas@lgbs.com;Yvonne.Perez@lgbs.com;camille.stecker@ecf.courtdrive.com;Mirian.Zavala@lgbs.com |
| Charles Lester Kennon, III | on behalf of Creditor Navy Federal Credit Union Charles.Kennon@mccalla.com mccallaecf@ecf.courtdrive.com |
| Clayton Everett | on behalf of Debtor Steron Brown clayton@norredlaw.com clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| Elizabeth Banda Calvo | on behalf of Creditor Johnson County ebcalvo@pbfcm.com rgleason@pbfcm.com |
| Pam Bassel | fwch13cmecf@fwch13.com |
| Pam Bassel | on behalf of Trustee Pam Bassel fwch13cmecf@fwch13.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |
| Warren V. Norred | on behalf of Debtor Steron Brown warren@norredlaw.com anorred@norredlaw.com;angela@norredlaw.com;clayton@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |

TOTAL: 8

Pam Bassel
Chapter 13 Standing Trustee
860 Airport Freeway, Ste 150
Hurst, TX 76054
Telephone: (817) 916-4710

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

In Re:                                           Case No: 25-44348-MXM

Steron Brown

        Debtor

---

### NOTICE OF FILING OF FINAL REPORT AND ACCOUNT BY TRUSTEE

---

Notice is hereby given pursuant to 11 U.S.C. § 350 and Bankruptcy Rule 5009 that Pam Bassel, Chapter 13 Trustee, has filed a Final Report and Account in the above styled and numbered case certifying that the estate has been fully administered.  The Final Report and Account is on file with the CLERK OF THE BANKRUPTCY COURT, 128 U.S. Courthouse, 10th and Lamar Street, Fort Worth, Texas  76102-3643 and is available for review.  A summary of the report is as follows:

| | |
|---|---|
| Net Receipts | $2,843.57 |
| Administrative Disbursements  * | $2,843.57 |
| Debtor Refund Disbursements | $1,206.43 |
| Secured Disbursements | $0.00 |
| Priority Disbursements | $0.00 |
| Unsecured Disbursements | $0.00 |

* Includes Attorney Fees, Notice Fees, Trustee Fees and Clerk 's Fees

| | |
|---|---|
| Total Disbursements | $4,050.00 |

Notice is further given that unless an objection is filed by the United States Trustee or a party in interest within 30 days of service of this notice, the Court may declare that the bankruptcy estate has been fully administered, and that the Trustee should be discharged and further liability on said Trustee 's bond with respect to this case can be terminated.

 /s/ Pam Bassel
Standing Chapter 13 Trustee